PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Ventura, Dylan Foley, Oren Ryerson, Gregory Guilin, and Tyler Ebell

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF VENTURA; DYLAN FOLEY; OREN RYERSON; GREGORY GUILIN; TYLER EBELL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01302-R (SKx)<br><br>Honorable Manuel L. Real<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)(1)(A)(ii)]<br><br>[*Stipulation lodged concurrently herewith*] |

//
//
//
//
//
//

1

1       Pursuant to the Stipulation by and between Plaintiff Christopher Hernandez ("Plaintiff") and Defendants County of Ventura, Dylan Foley, Oren Ryerson, Gregory Guilin, and Tyler Ebell (collectively, "Defendants"), through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: September 23, 2019

*/s/ Gary Klausner*
Honorable R. Gary Klausner
United States District Judge